# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

## ORDER TRANSFERRING CASES

For effective case disposition and equalization of caseloads, the following Beaumont cases are hereby **ORDERED** transferred to the docket of the United States District Judge Thad Heartfield effective immediately.

| | |
|---|---|
| 1:13-cv-00646 | Sangster v. Wallace, et al. |
| 1:16-cv-00310 | Hall v. Shynett |
| 1:18-cv-00258 | Roberts v. Lara, et al. |
| 1:18-cv-00408 | Gonzalez-Robles v. Leage Medical Concepts, et al. |
| 1:18-cv-00594 | Baylor v. United States of America |
| 1:18-cv-00619 | Smith v. United States of America |
| 1:19-cv-00005 | Johnson v. Gann, et al. |
| 1:19-cv-00042 | Williams v. Lewis, et al. |
| 1:19-cv-00100 | Green v. Mallet, et al. |
| 1:19-cv-00187 | Vargas v. Ponzio, et al. |

**Signed this date**

Sep 3, 2021

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

2