IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARCUS CHOICE WILLIAMS<br>A/K/A AYANA SATYAGRAHI | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 1:19-CV-42 |
| M. K. LEWIS, ET AL. | §<br>§ | |

**FINAL JUDGMENT**

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding,

and, the issues having been considered and a decision having been rendered, it is

**ORDERED** and **ADJUDGED** that this civil rights action is **DISMISSED** pursuant to

Federal Rule of Civil Procedure 41(a).  Plaintiff may reopen the case by submitting a motion to

reopen within sixty days.  All motions not previously ruled on are **DENIED**.

**SIGNED** this the 15 day of **March, 2022.**

_____
Thad Heartfield
United States District Judge